## In re MARTORELLI.

(Circuit Court, S. D. New York. October 13, 1894.)

ALIEN IMMIGRANTS—EXCLUSION ACTS.

The acts regulating immigration, existing when Act March 3, 1891, was passed, refer to aliens who are imported into or who migrate to this country, and do not exclude a person already resident here, though not naturalized, who temporarily departs, with the intention to return.

Application for discharge of Sebastiano Martorelli, detained, as a contract laborer, for deportation.

Ullo, Ruebsamen & Cochran, for commissioners.

John Palmieri, for relator.

LACOMBE, Circuit Judge. The facts are these: Sebastiano, an alien, came from Italy to this country in 1887, with the intention of making it his home. He remained here five years, working as a laborer in the city of Philadelphia. During this period he declared his intention to become a citizen, and took out his first papers. At the time of his immigration he had a wife and child, whom he left in Italy, intending to send for them when he had saved enough money to support them here. In 1892, having laid up some money and bought some household furniture, he sent for his wife to come; but, as she was too ill to do so, he went to Italy to bring her, leaving his furniture in charge of a friend here. His wife grew worse, and he remained with her in Italy for about two years, in consequence of which he was obliged to spend the money he had laid by in the preceding years. On the 10th of this month, therefore, he returned to this country, having borrowed in Italy the money to pay his passage, in order to resume his work here, and thus secure the money necessary to defray the expense of bringing his wife and child to this country, which he still intends, as he did when he arrived here in 1887, to make his permanent home. These facts being undisputed, and no question raised as to his being an idiot, convict, etc., the relator has affirmatively and satisfactorily shown that on October 10, 1894, he did not belong to any one of the classes of aliens excluded from admission into the United States in accordance with the acts regulating immigration, which existed and were in force when the act of March 3, 1891, was passed. These acts refer to aliens who are imported into or who migrate to this country, not to persons already resident here, who temporarily depart and return. Sebastiano was an alien immigrant when he came here, in 1887. He was not one when, after his temporary absence, he returned, in October, 1894. In re Panzara, 51 Fed. 275. Relator is discharged.